**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

| | |
|---|---|
| **LEWIS BUSTETTER,** | |
| **Plaintiff,** | **Civil Action No. _____** |
| **v.** | |
| **CEVA LOGISTICS U.S., INC.** | **COMPLAINT** |
| **Defendant.** | |

### Introduction

1.      This complaint seeks legal and equitable damages arising from and relating to Defendant's failure to provide requested plan documents relating to employee benefit plans under which Plaintiff was a participant.

2.      The headings contained in this Complaint are intended only to assist in reviewing the statements and allegations contained herein.  To avoid the unnecessary repetition in each section, Plaintiff hereby affirms and incorporates each paragraph in each section of this amended Complaint as though fully set forth therein.

3.      The factual allegations found in this Complaint are not exhaustive and are presented throughout so as to provide the requisite notice of the basis for Plaintiff's allegations.

### Jurisdiction & Venue

4.      This Court has subject matter jurisdiction over the claims asserted in this action for monetary and equitable relief under Federal Question Jurisdiction pursuant to 28 U.S.C. § 1331 and the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(e)(1) and § 1132(f).

5.     Venue is appropriate in the United States District Court for the Eastern District of Kentucky pursuant to 29 U.S.C. § 1132(e)(2) and 28 U.S.C. § 1391.

**Parties**

6.     Plaintiff Lewis Bustetter ("Mr. Bustetter") is a citizen of the United States, a resident of the Commonwealth of Kentucky, and a participant in the employee benefit plans sponsored by Defendant.

7.     Defendant CEVA Logistics U.S., Inc. ("CEVA") is a corporation doing business in the Commonwealth of Kentucky and is the plan sponsor and plan administrator for the employee benefit plans at issue.

**Facts**

8.     Mr. Bustetter was employed by CEVA.  As an employee, Mr. Bustetter was a participant in various employee benefit plans sponsored by CEVA.

9.     CEVA is the plan sponsor, and the designated plan administrator, for each of the employee benefit plans.

10.     To understand his benefits and rights as a participant, by letter dated November 20, 2017, Mr. Bustetter requested CEVA provide him with copies of the controlling employee benefit plan documents.  The letter specifically requested:

- Each plan document and summary plan description for each welfare and pension plans including but not limited to short and long-term disability, health, life, accident, and retirement. These documents should include current, as well as past, versions under which the participant accrued and/or became eligible for benefits.

- Each applicable insurance policy, including certificates of coverage.

- Each administrative manual (or similar document) detailing the standardized procedures for adjudicating claims and appeals. This request will apply to documents in the control and possession of any claims fiduciary.

- All other documents under which the welfare and pension plans are administered and maintained.

11.     The November 20, 2017 letter was sent by USPS First Class certified mail to CEVA. CEVA signed for the letter on November 27, 2017 but did *not* respond.

12.     On December 29, 2017, Mr. Bustetter sent a *second* letter to CEVA and reiterated his request for copies of the controlling employee benefit plan documents.

13.     The December 29, 2017 letter was sent by USPS First Class certified mail to CEVA. CEVA signed for the letter on January 3, 2018 but, again, did *not* respond.

14.     On February 12, 2018, Mr. Bustetter sent a *third* letter to CEVA and reiterated his request for copies of the controlling employee benefit plan documents.

15.     The February 12, 2018 letter was sent by USPS First Class certified mail to CEVA. CEVA signed for the letter on February 16, 2018 but, again, did *not* respond.

16.     On March 19, 2018, Mr. Bustetter sent a *fourth* letter to CEVA and reiterated his request for copies of the controlling employee benefit plan documents.

17.     The March 19, 2018 letter was sent by USPS First Class certified mail to CEVA. CEVA signed for the letter on March 22, 2018 but, again, did *not* respond.

18.     On April 18, 2018, Mr. Bustetter sent a *fifth* letter to CEVA and reiterated his request for copies of the controlling employee benefit plan documents.

19.     The April 18, 2018 letter was sent by USPS First Class certified mail to CEVA. CEVA signed for the letter on April 23, 2018 but, again, did *not* respond.

20.     As of the date of this filing, CEVA has yet to produce any plan documents responsive to Mr. Bustetter's multiple written requests.

21.     CEVA's failure to respond has prejudiced Mr. Bustetter.

## Claims

**A.    Failure to Provide Plan Documents**

22.    Mr. Bustetter made multiple written requests for employee benefit plan documents.

23.    Without good cause, CEVA has ignored Mr. Bustetter's multiple requests and failed to provide the requested plan documents.

24.    As a result of CEVA's failure to produce the requested documents, Mr. Bustetter seeks all available relief including but not limited to the relief available pursuant to 29 U.S.C. §§1132(a)(1), 1132(a)(3), and 1132(c).

**B.    Attorneys' Fees & Costs**

25.    Because of CEVA's failure to produce the requested plan documents, Mr. Bustetter has incurred attorneys' fees and costs.

26.    29 U.S.C. §1132(g) is the enforcement mechanism permitting Mr. Bustetter to recover his attorneys' fees and costs.

## Prayer for Relief

27.    Mr. Bustetter requests the Court enter judgment in his favor and against CEVA on all claims asserted herein.

28.    Mr. Bustetter requests the Court award attorneys' fees and costs.

29.    Mr. Bustetter requests the Court award any and all other legal or equitable relief to which he may be entitled.

30.    Mr. Bustetter requests leave to amend the complaint as needed.

* * * * * * * * *

Dated:  May 11, 2018

Respectfully submitted,

s/ Andrew M. Grabhorn
Michael D. Grabhorn
*m.grabhorn@grabhornlaw.com*
Andrew M. Grabhorn
*a.grabhorn@grabhornlaw.com*
Grabhorn Law | Insured Rights™
2525 Nelson Miller Parkway, Suite 107
Louisville, KY  40223
p: (502) 244-9331
f: (502) 244-9334

William H. Wilhoit
P.O. Box 35
Grayson, Kentucky 41143
p: (606) 474-8833

*Counsel for Plaintiff*