UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 18-58-DLB-EBA

LEWIS BUSTETTER                                                                                   PLAINTIFF

v.                                            **JUDGMENT**

CEVA LOGISTICS U.S., INC.                                                              DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

(1)     Defendant CEVA Logistics U.S., Inc.'s Motion for Summary Judgment (Doc. # 33) is **GRANTED IN PART** and **DENIED IN PART**;

(2)     Plaintiff Lewis Bustetter's Motion for Summary Judgment (Doc. # 34) is **GRANTED IN PART** and **DENIED IN PART**;

(3)     Plaintiff is awarded statutory penalties in the amount of $6,050.00; and

(4)     This civil action is hereby **DISMISSED** and **STRICKEN** from the Court's active docket.

This is a final and appealable order and no just cause for delay exists.

This 10th day of December, 2019.



Signed By:
David L. Bunning  DB
United States District Judge