# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# ASHLAND DIVISION

| | |
|---|---|
| **LEWIS BUSTETTER,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**CEVA LOGISTICS U.S., INC.,**<br><br>　　　　　　**Defendants.** | **Civil Action No. 0:18-cv-00058-DLB** |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Lewis Bustetter hereby appeals to the United States Court of Appeals for the Sixth Circuit from the following orders and judgment entered in this action:

- Dkt 27 PageID# 142-148 (December 26, 2018) (magistrate judge order on motion to amend complaint);

- Dkt 32 PageID# 171-181 (April 25, 2019) (order overruling objections to magistrate judge's order on motion to amend complaint);

- Dkt 39 PageID# 824-841 (December 10, 2019) (memorandum and order on cross-motions for summary judgment and attorneys' fees);

- Dkt 40 PageID# 842 (December 10, 2019) (judgment cross-motions for summary judgment and attorneys' fees).

\* \* \* \* \* \* \* \* \*

Date: January 9, 2020	Respectfully Submitted,

	s/ Andrew M. Grabhorn
	Michael D. Grabhorn
	*m.grabhorn@grabhornlaw.com*
	Andrew M. Grabhorn
	*a.grabhorn@grabhornlaw.com*
	Grabhorn Law | Insured Rights™
	2525 Nelson Miller Parkway, Suite 107
	Louisville, KY 40223
	p: (502) 244-9331
	f: (502) 244-9334